Linda Deos, No. 179170
Law Office of Linda Deos
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA R. MAYS and MARK J. MAYS,<br><br>Plaintiffs,<br><br>vs.<br><br>BIG VALLEY FORD, INC., CHRISTIAN JIMENEZ, JESUS AMBRIZ, JIM COOLEY, BRYAN GOLFARB, JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 2:13-CV-02442-LKK-AC<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT FOR DAMAGES AGAINST JPMORGAN CHASE BANK, N.A., ONLY** |

**FINDING THAT GOOD CAUSE EXISTS,**

IT IS THEREFORE ORDERED that Plaintiffs' request to dismiss with prejudice defendant JPMorgan Chase Bank, N.A. from their Complaint for Damages and Injunctive Relief is GRANTED.

DATED:  January 15, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1